ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
       rex.garner@akerman.com

*Attorneys for Defendant Navient Solutions, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHARMAINE BUTKOWSKI, an individual; <br><br> Plaintiff, <br><br> vs. <br><br> BLUESTREAM BRANDS, INC. d/b/a FINGERHUT, a foreign corporation; NAVIENT SOLUTIONS, INC., a foreign corporation; and EQUIFAX, INC., a foreign corporation, <br><br> Defendants. | Case No.: 2-16-cv-02220-JAD-GWF <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> **(FIRST REQUEST)** |

Plaintiff Charmaine Butkowski (**Plaintiff**) and Defendant Navient Solutions, Inc. (**NSI**) respectfully submit the following stipulation to allow NSI twenty one additional days to respond to the Complaint, ECF No. 1.

///

///

///

///

///

///

{39734203;1}                              1

Plaintiff served the Summons and a copy of the Complaint on NSI on September 29, 2016. NSI's deadline to respond to the Complaint is October 20, 2016. Fed. R. Civ. P. 12(a). Plaintiff and NSI stipulate to extend NSI's answer deadline by twenty one days, to November 11, 2016. This is NSI's first request for an extension.

This the 10th day of October, 2016.

**LAW OFFICE OF KEVIN L. HERNANDEZ**

/s/ *Kevin L. Hernandez, Esq.**
Kevin L. Hernandez, Esq.
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123

*Attorneys for Plaintiff Charmaine Butkowski*

*\*E-signature affixed by Akerman LLP; approved by counsel via email on October 10, 2016*

This the 10th day of October, 2016.

**AKERMAN LLP**

/s/ *Rex D. Garner, Esq.*
Ariel E. Stern, Esq.
Rex D. Garner, Esq.
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144

*Attorneys for Defendant Navient Solutions, Inc.*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10/12/2016

{39734203;1}  2