1  Joel E. Tasca
   Nevada Bar No. 14124
2  Kyle A. Ewing
   Nevada Bar No. 14051
3  BALLARD SPAHR LLP
   100 North City Parkway, Suite 1750
4  Las Vegas, Nevada 89106-4617
   Telephone:  702.471.7000
5  Facsimile:  702.471.7070
   vigila@ballardspahr.com
6  ewingk@ballardspahr.com

7  *Attorneys for Defendant Bluestem*
   *Brands, Inc. d/b/a/ Fingerhut*
8

9              UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA

11  CHARMAINE BUTKOWSKI,           ) CASE NO.  2:16-cv-02220-JAD-GWF
                                   )
12           Plaintiff,            )
                                   ) **JOINT MOTION AND ORDER TO**
13  v.                             ) **EXTEND BLUESTEM BRANDS, INC.**
                                   ) **d/b/a FINGERHUT'S TIME TO**
14  BLUESTEM BRANDS, INC. d/b/a    ) **RESPOND TO PLAINTIFF'S**
    FINGERHUT, a foreign corporation; ) **COMPLAINT**
15  NAVIENT SOLUTIONS, INC., a foreign )
    corporation; EQUIFAX, INC., a foreign )
16  corporation;                   )
                                   ) **(First Request)**
17           Defendants.           )
                                   )
18  _____ )

19       Defendant Bluestem Brands, Inc. d/b/a/ Fingerhut's ("Bluestem") response to

20  plaintiff Charmaine Butkowski's complaint is currently due October 14, 2016.

21  Plaintiff and Bluestem stipulate and agree that Bluestem has up to and including

22  October 31, 2016, to respond to plaintiff's complaint to provide time for Bluestem to

23  investigate plaintiff's allegations.

24                    *[continued on the following page]*

DMWEST #14994168 v1

This request is made in good faith and not made for purposes of delay.

IT IS SO STIPULATED.

Dated: October 11, 2016.

| | |
|---|---|
| BALLARD SPAHR LLP | LAW OFFICE OF KEVIN L. HERNANDEZ |
| By: /s/ *Joel E. Tasca* <br> Joel E. Tasca <br> Nevada Bar No. 14124 <br> Kyle A. Ewing <br> Nevada Bar No. 14051 <br> 100 North City Parkway, Suite 1750 <br> Las Vegas, Nevada 89106 | By: /s/ *Kevin L. Hernandez* <br> Kevin L. Hernandez <br> Nevada Bar No. 12594 <br> 9555 S. Eastern Avenue, Suite 220A <br> Las Vegas, NV 89123 |
| *Attorneys for Defendant Bluestem Brands, Inc. d/b/a/ Fingerhut* | *Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10/12/2016