Joel E. Tasca
Nevada Bar No. 14124
Kyle A. Ewing
Nevada Bar No. 14051
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone:  702.471.7000
Facsimile:  702.471.7070
vigila@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for Defendant Bluestem
Brands, Inc. d/b/a/ Fingerhut*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARMAINE BUTKOWSKI, | CASE NO.  2:16-cv-02220-JAD-GWF |
| Plaintiff, | |
| v. | **JOINT MOTION AND ORDER TO EXTEND BLUESTEM BRANDS, INC. d/b/a FINGERHUT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| BLUESTEM BRANDS, INC. d/b/a FINGERHUT, a foreign corporation; NAVIENT SOLUTIONS, INC., a foreign corporation; EQUIFAX, INC., a foreign corporation; | |
| | **(First Request)** |
| Defendants. | |

Defendant Bluestem Brands, Inc. d/b/a/ Fingerhut's ("Bluestem") response to plaintiff Charmaine Butkowski's complaint is currently due October 14, 2016. Plaintiff and Bluestem stipulate and agree that Bluestem has up to and including October 31, 2016, to respond to plaintiff's complaint to provide time for Bluestem to investigate plaintiff's allegations.

*[continued on the following page]*

DMWEST #14994168 v1

1  This request is made in good faith and not made for purposes of delay.

2  IT IS SO STIPULATED.

3  Dated: October 11, 2016.

| | |
|---|---|
| BALLARD SPAHR LLP | LAW OFFICE OF KEVIN L. HERNANDEZ |
| By: /s/ *Joel E. Tasca* <br> Joel E. Tasca <br> Nevada Bar No. 14124 <br> Kyle A. Ewing <br> Nevada Bar No. 14051 <br> 100 North City Parkway, Suite 1750 <br> Las Vegas, Nevada 89106 | By: /s/ *Kevin L. Hernandez* <br> Kevin L. Hernandez <br> Nevada Bar No. 12594 <br> 9555 S. Eastern Avenue, Suite 220A <br> Las Vegas, NV 89123 |
| *Attorneys for Defendant Bluestem Brands, Inc. d/b/a/ Fingerhut* | *Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10/12/2016