Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARMAINE BUTKOWSKI, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>BLUESTEM BRANDS, INC., d/b/a FINGERHUT, a foreign corporation; NAVIENT SOLUTIONS, INC., a foreign corporation; EQUIFAX, INC., a foreign corporation;<br><br>Defendants. | Case No.: 2:16-cv-02220-JAD-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION BETWEEN PLAINTIFF AND DEFENDANTS BLUESTEM BRANDS, INC. AND NAVIENT SOLUTIONS, INC. WITH PREJUDICE**<br><br>ECF No. 41 |

Plaintiff, Charmaine Butkowski ("Plaintiff"), and Defendants, Bluestem Brands, Inc. ("Bluestem") and Navient Solutions, Inc. (collectively referred to as the "Parties") have resolved all claims, disputes, and differences between the Parties;

///

///

///

///

///

///

///

///

///

///

Therefore, the Parties, by and through their respective attorneys of records, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to the action between Plaintiff and Defendants, Bluestem and Navient, with Plaintiff and Defendants bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: July 24, 2017

**LAW OFFICE OF KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: July 24, 2017

**AKERMAN LLP**

*/s/ Rex Garner*
Rex D. Garner, Esq.
Nevada Bar No. 9401
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
rex.garner@akerman.com
*Attorneys for Defendant Navient Solutions, LLC f/k/a Navient Solutions, Inc.*

Dated: July 24, 2017

**BALLARD SPAHR LLP**

*/s/ Kyle A. Ewing*
Joel E. Tasca, Esq.
Nevada Bar No. 14124
Kyle A. Ewing, Esq.
Nevada Bar No. 14051
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
tasca@ballardspahr.com
ewingk@ballardspahr.com
*Attorneys for Defendant Bluestem Brands, Inc.*

# ORDER

Based on the parties' stipulation [ECF No. 41] and good cause appearing, and because this stipulation resolves all remaining claims in this case, **IT IS HEREBY ORDERED that this case is DISMISSED with prejudice**, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT JUDGE

DATED: 7-25-17